[No. 43805-1-I.   Division One.   May 22, 2000.]

*In the Matter of* DEBBIE GRISWOLD.

ALBERTSON'S, INC., *Petitioner,* v. THE EMPLOYMENT SECURITY DEPARTMENT, *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 97-2-29871-7, Michael Spearman, J., entered November 16, 1998. *Affirmed in part* and *reversed in part* by unpublished opinion per Ellington, J., concurred in by Becker, A.C.J., and Appelwick, J. Now published at 102 Wn. App. 29.


[No. 18085-9-III.   Division Three.   May 23, 2000.]

RONALD DICUS, *Appellant,* v. THE DEPARTMENT OF NATURAL RESOURCES, ET AL., *Respondents.*

Appeal from a judgment of the Superior Court for Spokane County, No. 97-2-00286-3, Linda G. Tompkins, J., entered November 13, 1998. *Affirmed* by unpublished opinion per Kurtz, C.J., concurred in by Sweeney and Brown, JJ.


[No. 18550-8-III.   Division Three.   May 23, 2000.]

THE STATE OF WASHINGTON, *Respondent,* v. RYAN RICHARD QUAALE, *Appellant.*

Appeal from a judgment of the Superior Court for Spokane County, No. 98-1-01587-1, Gregory D. Sypolt and Kathleen M. O'Connor, JJ., entered April 30 and June 17, 1999. *Reversed* by unpublished opinion per Schultheis, J., concurred in by Kurtz, C.J., and Brown, J.


[No. 18576-1-III.   Division Three.   May 23, 2000.]

SANFORD LEHRER, *Appellant,* v. THE DEPARTMENT OF SOCIAL AND HEALTH SERVICES, ET AL., *Respondents.*

Appeal from a judgment of the Superior Court for Spokane County, No. 96-2-03047-8, Michael E. Donohue, J., entered June 17, 1999. *Affirmed* by unpublished opinion per Brown, A.C.J., concurred in by Sweeney and Schultheis, JJ. Now published at 101 Wn. App. 509.